**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CHANDRA LYONS,
ADC #704518                                                                                           PLAINTIFF

v.                                          1:14CV000160 JM/JTR

HEIRER, Sergeant,
McPherson Unit, ADC, et al.                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 14th day of January, 2015.

_____
James M. Moody Jr.
United States District Judge